United States District Court
For the Northern District of California

1
2
3
4
5
6           IN THE UNITED STATES DISTRICT COURT
7
8           FOR THE NORTHERN DISTRICT OF CALIFORNIA
9    FERMIN SOLIS ANIEL, et al.,                    No.  C 10-03185 JSW
10              Plaintiffs,                          **ORDER: (1) TO SHOW CAUSE
                                                     WHY CASE SHOULD NOT BE
11       v.                                          DISMISSED FOR LACK OF
                                                     SUBJECT MATTER
12   T.D. SERVICE COMPANY, et al.,                   JURISDICTION; AND
                                                     (2) DENYING WITHOUT
13              Defendants.                           PREJUDICE REQUEST FOR
                                                     TEMPORARY INJUNCTIVE
14                                                   RELIEF**
15
16   _____/
17          On July 21, 2010, Plaintiffs filed a Complaint alleging claims for relief based on alleged
18   violations of the Fair Debt Collection Practices Act, California's Rosenthal Act, and claims for
19   Fraud, Wrongful Foreclosure, Declaratory Relief, Injunctive Relief, and Quiet Title.  Plaintiffs'
20   claims arise in relation to an impending foreclosure on a rental property located at 418 Persia
21   Avenue, San Francisco, CA.
22          Plaintiffs premise jurisdiction in this Court on the alleged violations of the Fair Debt
23   Collection Practices Act, and the allegations supporting this claim relate to the impending
24   foreclosure.  Courts that have addressed this issue have concluded consistently that "[a] claim
25   cannot arise under the FDCPA based upon the lender enforcing its security interest under the
26   subject deed of a trust because foreclosing on a mortgage does not constitute an attempt to
27   collect a debt for purposes of the FDCPA." *Landayan v. Washington Mutual Bank,* 2009 WL
28   3047238, at * 3 (N.D. Cal. Sept. 18, 2009) (citing *Maguire v. Citicorp. Retail Svcs., Inc.,* 147

1  F.3d 232, 236 (2d Cir. 1998)); *Distor v. US Bank, N.A.,* 2009 WL 3420700, at *5 (N.D. Cal.

2  Oct. 22, 2009); *Perry v. Stewart Title Co.,* 756 F.2d 1197, 1208 (5th Cir. 1985).

3         In addition, many of the allegations in support of this claim are premised on actions that

4  took place during Bankruptcy Proceedings, which may preclude Plaintiffs' ability to bring an

5  FDCPA claim.  *See In re Chaussee*, 399 B.R. 225 (9th Cir. BAP 2008) ("*Chaussee*"), and *Walls*

6  *v. Wells Fargo Bank, N.A.*, 255 B.R. 38 (E.D. Cal. 2000), *aff'd* 276 F.3d 302 (9th Cir. 2002).

7  Accordingly, having reviewed the allegations in the Complaint, Plaintiffs are HEREBY

8  ORDERED TO SHOW CAUSE why this case should not be dismissed for lack of subject

9  matter jurisdiction.  Plaintiffs' response to this Order to Show Cause shall be due by no later

10  than August 6, 2010.

11         In their Complaint, Plaintiffs also alleged that a Trustee's Sale was scheduled to occur

12  on July 21, 2010 at 2:00 p.m., and alleged that they were entitled to temporary injunctive relief

13  on that basis.  (Compl. ¶ 76.)  However, Plaintiffs subsequently informed the Court that the sale

14  had been postponed to August 23, 2010.  To the extent Plaintiffs' intended to seek a temporary

15  restraining order by filing their Complaint, that request is DENIED WITHOUT PREJUDICE.

16  If Plaintiffs intend to pursue a motion for a temporary restraining order, they should file a

17  proper application with the Court, serve their papers upon all interested parties, and file proof of

18  such service with the Court.  Moreover, if Plaintiffs do seek temporary injunctive relief, they

19  should be prepared to address the issue of subject matter jurisdiction in their papers.

20         **IT IS SO ORDERED.**

21

22  Dated:   July 21, 2010

23  JEFFREY S. WHITE
    UNITED STATES DISTRICT JUDGE

24

25

26

27

28

2

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERMIN SOLIS ANIEL et al, | Case Number: CV10-03185 JSW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| T.D. SERVICE COMPANY et al, | |
| Defendant. _____/ | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 21, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Erlinda Abibas Aniel
75 Tobin Clark Drive
Hillsborough, CA 94010

Fermin Solis Aniel
75 Tobin Clark Drive
Hillsborough, CA 94010

Marc Jason Aniel
75 Tobin Clark Drive
Hillsborough, CA 94010

Dated: July 21, 2010

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk